UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHON ORTINO,<br><br>Defendant. | Case No. 19-cr-00142-WHO-1<br><br>**VERDICT FORM** |

We, the members of the Jury in this action, have reached the following unanimous verdict with respect to each Count of the Superseding Indictment:

## Count One

Has the government proven beyond a reasonable doubt that on or about February 24, 2015, in the Northern District of California, the defendant, Jonathon Ortino, willfully and knowingly made or caused to be made a materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of the executive branch of the Government of the United States—that is, in a Form LM-3 Labor Organization Annual Report submitted on behalf of NTEU Local Chapter 165 for the period covering January 1, 2014 through December 31, 2014—in violation of Sections 1001(a)(2) and 2 of Title 18 of the United States Code, as charged in Count One?

Allegation No. 1

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

In response to Item 18, which asked if NTEU Chapter 165 had "loans totaling more than $250 to any officer, employee, or member" during the reporting period, the Form LM-3 said "no."

Yes, Guilty _____   No, Not Guilty \_\_\_✓\_\_\_\_\_

Allegation No. 2

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

On Item 24, the Form LM-3 stated that NTEU Chapter 165 made $1,060 in "allowances and other disbursements" to the defendant, Jonathon Ortino, during the reporting period.

Yes, Guilty \_\_\_✓\_\_\_\_\_   No, Not Guilty _____

Allegation No. 3

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

On Statement A, the Form LM-3 stated that NTEU Chapter 165 did not make any loans during the reporting period.

Yes, Guilty _____   No, Not Guilty \_\_\_✓\_\_\_\_\_

2

## Count Two

Has the government proven beyond a reasonable doubt that on or about March 29, 2016, in the Northern District of California, the defendant, Jonathon Ortino, willfully and knowingly made or caused to be made a materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of the executive branch of the Government of the United States—that is, in a Form LM-3 Labor Organization Annual Report submitted on behalf of NTEU Local Chapter 165 for the period covering January 1, 2015 through December 31, 2015—in violation of Sections 1001(a)(2) and 2 of Title 18 of the United States Code, as charged in Count Two?

Allegation No. 1

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

In response to Item 18, which asked if NTEU Chapter 165 had "loans totaling more than $250 to any officer, employee, or member" during the reporting period, the Form LM-3 said "no."

Yes, Guilty _____          No, Not Guilty ___✓_____

Allegation No. 2

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

On Statement A, the Form LM-3 stated that NTEU Chapter 165 did not make any loans during the reporting period.

Yes, Guilty _____          No, Not Guilty ___✓_____

## Count Three

Has the government proven beyond a reasonable doubt that on or about March 30, 2017, in the Northern District of California, the defendant, Jonathon Ortino, willfully and knowingly made or caused to be made a materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of the executive branch of the Government of the United States—that is, in a Form LM-3 Labor Organization Annual Report submitted on behalf of NTEU Local Chapter 165 for the period covering January 1, 2016 through December 31, 2016—in violation of Sections 1001(a)(2) and 2 of Title 18 of the United States Code, as charged in Count Three?

Allegation No. 1

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

In response to Item 18, which asked if NTEU Chapter 165 had "loans totaling more than $250 to any officer, employee, or member" during the reporting period, the Form LM-3 said "no."

Yes, Guilty ___✓___         No, Not Guilty _____

Allegation No. 2

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

On Item 24, the Form LM-3 stated that NTEU Chapter 165 made $936 in "allowances and other disbursements" to the defendant, Jonathon Ortino, during the reporting period.

Yes, Guilty ___✓___         No, Not Guilty _____

Allegation No. 3

The defendant, Jonathon Ortino, did knowingly and willfully make or cause to be made the following materially false, fictitious, or fraudulent statement in the Form LM-3:

On Statement A, the Form LM-3 stated that NTEU Chapter 165 did not make any loans during the reporting period.

Yes, Guilty ___✓___         No, Not Guilty _____

4

### Count Four

Has the government proven beyond a reasonable doubt that the defendant, Jonathon Ortino, is guilty of wire fraud in connection with a $1,000 transfer on July 28, 2017 from a Chase Bank account belonging to NTEU Chapter 165 to a Chase Bank account belonging to the defendant, Jonathon Ortino, in violation of Section 1343 of Title 18 of the United States Code, as charged in Count Four?

Yes, Guilty ____✓____         No, Not Guilty _____

### Count Five

Has the government proven beyond a reasonable doubt that the defendant, Jonathon Ortino, is guilty of wire fraud in connection with a $2,000 transfer on August 18, 2017 from a Chase Bank account belonging to NTEU Chapter 165 to a Chase Bank account belonging to the defendant, Jonathon Ortino, in violation of Section 1343 of Title 18 of the United States Code, as charged in Count Five?

Yes, Guilty ____✓____         No, Not Guilty _____

### Count Six

Has the government proven beyond a reasonable doubt that the defendant, Jonathon Ortino, is guilty of wire fraud in connection with a $1,500 transfer on September 1, 2017 from a Chase Bank account belonging to NTEU Chapter 165 to a Chase Bank account belonging to the defendant, Jonathon Ortino, in violation of Section 1343 of Title 18 of the United States Code, as charged in Count Six?

Yes, Guilty ____✓____         No, Not Guilty _____

*When you have reached your verdict, the jury foreperson should sign and date this form and contact the courtroom deputy, Ms. Davis.*

DATED: Apr. 1 2022

_____
FOREPERSON

5