UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** August 25, 2022  **Time:** 28 minutes  **Judge:** WILLIAM H. ORRICK
2:37 p.m. to 3:05 p.m.

**Case No.:** 19-cr-00142-WHO-1  **Case Name:** UNITED STATES v. Ortino

**Attorney for Plaintiff:** Charles Bisesto
**Attorney for Defendant:** Patrick Robbins
Defendant **Jonathan Ortino** – present, on bond

**Deputy Clerk:** Jean Davis  **Reported by:** Belle Ball
**Interpreter:** n/a  **Probation Officer:** Jessica Goldsberry

## PROCEEDINGS

Sentencing Hearing conducted.

**Findings:** Counsel have entered into an agreement resolving post judgment motions. A copy of the agreement has been filed in the case docket. The Court reviews the content of the agreement with Mr. Ortino and confirms that he understands the agreement and knowingly and voluntarily waives the rights therein. Defense counsel confirms that there are no outstanding objections to the PSR other than as to a proposed condition of supervised release prohibiting Mr. Ortino from visiting gaming establishments. The sentencing guidelines calculations are reviewed with counsel, who confirm their accuracy. Government and defense counsel heard as to the §3553 factors and sentencing recommendations. Mr. Ortino waives comment beyond the written statement submitted in advance of the sentencing hearing. The government confirms that no victim statements will be submitted in conjunction with the sentencing. The Court addresses Mr. Ortino and summarizes the factors considered in crafting an appropriate sentence. Sentence is pronounced as indicated below. Restitution will be determined by agreement of the parties or at the scheduled restitution hearing. Mr. Ortino is advised of his limited right of appeal. Mr. Ortino's anticipated travel and relocation to the State of Hawaii are being coordinated with the Probation Office.

**Judgment:** Defendant is placed on probation for a term of One Year as to each of counts 4, 5, and 6, all terms to run concurrently. During the term of probation, Mr. Ortino must comply with the standard conditions in force in this District as well as additional special conditions, including completion of 80 hours of community service. A Special Monetary Assessment of $300.00 ($100.00 per count) is imposed and is due and payable immediately. Fine waived. Restitution to be paid in an amount to be determined by the Court.

**Restitution Hearing set for November 3, 2022 at 1:30 p.m.**